# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

Rehearing No. 585

9 November 2011

142031

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LINCOLN ANDERSON WATKINS,
      Defendant-Appellant.

_____

SC: 142031
COA: 291841
Wayne CC: 06-008116-FC

On order of the Court, the motion for rehearing is considered, and it is DENIED.

CAVANAGH, MARILYN KELLY AND HATHAWAY, JJ., would grant rehearing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2012



Clerk